## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 129 WAL 2018

  : 

Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

v.   :

  :

  :

TERRILL JAVON HICKS,   :

  :

Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.